# W. N. Johnson Auto Sheet Metal. Company *v.* Davis.

[No. 13,098. Filed January 4, 1928.]

From Industrial Board of Indiana.

Proceeding under the Workmen's Compensation Act by Orville Davis against the W. N. Johnson Auto Sheet Metal Company. From the award made therein, the defendant appeals. *Affirmed.* By the court in banc.

*Joseph W. Hutchinson,* for appellant.
*J. Brandon Griffis* and *Earl Keisker,* for appellee.

Per Curiam.—Affirmed.
Dausman, J., absent.

# Cirtin *v.* Cirtin.

[No. 12,972. Filed January 6, 1928.]

From Vigo Circuit Court; *William T. Gleason,* Judge.

Action between Harvey J. Cirtin and Gertrude Cirtin. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*E. L. Swadener* and *Stimson, Stimson & Davis,* for appellant.
*Thomas F. O'Mara* and *B. F. Small,* for appellee.

Per Curiam.—Judgment affirmed.